IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

YVELAN PIERRE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                                     CASE NO. 1D15-2360

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed June 16, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

Yvelan Pierre, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

        DENIED.

BENTON, ROWE, and OSTERHAUS, JJ., CONCUR.